People v Avery (2020 NY Slip Op 51093(U))

[*1]

People v Avery (Virgil)

2020 NY Slip Op 51093(U) [68 Misc 3d 135(A)]

Decided on September 25, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 25, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

570456/19

The People of the State of New York,
Respondent,
against
Virgil Avery, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Jay L. Weiner, J.), rendered May 20, 2019, convicting him, upon a plea of guilty,
of unlicensed driving, and imposing sentence.

Per Curiam.
Judgment of conviction (Jay L. Weiner, J.), rendered May 20, 2019, affirmed.
The accusatory instrument was not jurisdictionally defective. Allegations that "the engine
was running and defendant was behind the wheel on a public highway" satisfied the operation
element of the charged Vehicle and Traffic Law offenses (see People v Alamo, 34 NY2d
453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23
NY3d 1059 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 25, 2020